UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GORSS MOTELS, INC.,

    Plaintiff,

vs.                                              Case No. 3:17-cv-447-J-39PDB

BES INDUSTRIES, INC. and
JOHN DOES 1-5,

    Defendants

_____

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court <u>sua sponte</u>. Plaintiff filed this case on April 17, 2017. (Doc. 1; Complaint). Upon review of the docket, it appears that Plaintiff has failed to effect service of process upon Defendants John Does 1-5 within the 90 days allowed by Rule 4(m), Federal Rules of Civil Procedure, or to seek an extension of time in which to do so. Alternatively, if Plaintiff has served Defendants John Does 1-5, Defendants John Does 1-5 have failed to respond to the Complaint, and Plaintiff has failed to move the Clerk for entry of a Clerk's Default pursuant to Rule 55(a), Federal Rules of Civil Procedure, and Rule 1.07(b) of the Local Rules of the United States District Court for the Middle District of Florida.

Accordingly, it is hereby

**ORDERED**:

Plaintiff is directed to **SHOW CAUSE** by a written response filed on or before **September 8, 2017**, why the claims raised against Defendants John Does 1-5 should not be dismissed without prejudice for failure to prosecute, pursuant to Local Rule 3.10(a),

United States District Court, Middle District of Florida.  Plaintiff is cautioned that failure to respond to this Court Order may result in dismissal of the claims against Defendants John Does 1-5 without further notice.

**DONE AND ORDERED** in Jacksonville, Florida, this 22nd day of August, 2017.

_____
BRIAN J. DAVIS
United States District Judge

jl
Copies furnished to:

Counsel of Record