UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,

    Plaintiff,

v.                                                                               Case No. 3:17-cv-447-J-39PDB

BES INDUSTRIES, INC., a Florida corporation, and JOHN DOES 1-5,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal of John Does 1-5 (Doc. 24; Notice) filed on August 23, 2017. In the Notice, Plaintiff dismisses Defendants, John Does 1-5 from this action without prejudice. See Notice at 1.

Accordingly, it is hereby

**ORDERED**:

1. Plaintiff Gorss Motels, Inc.'s case against Defendants John Does 1-5 is **DISMISSED without prejudice.**

2. The Clerk of the Court is directed to terminate Defendants John Does 1-5 from the Court docket.

**DONE** and **ORDERED** in Jacksonville, Florida this 24th day of August, 2017.

_____
BRIAN J. DAVIS
United States District Judge

**Copies to:**

Counsel of Record

**ap**