# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| GORSS MOTELS INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> BES INDUSTRIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:17-cv-447-J-39PDB |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff in this action, Gorss Motels Inc., and Defendant, BES Industries, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of this action without prejudice, each side to bear its own costs.

**Plaintiff, GORSS MOTELS, INC.:**

/s/ Ryan M. Kelly
Ryan M. Kelly (ct 30230)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  (847) 368-1500
Fax:  (847) 368-1501
Email: rkelly@andersonwanca.com

**Defendant, BES INDUSRIES, INC.:**

/s/ John M. Dealy  (with permission)
John M. Dealy (*admitted pro hac vice*)
David F. Hassett  (*admitted pro hac vice*)
HASSETT & DONNELLY, P.C.
446 Main Street, 12th Floor
Worcester, MA  01608
Telephone:  (508) 791-6287
Fax: (508) 791-2652
Email: DHassett@hassettanddonnelly.com
           JDealy@hassettanddonnelly.com

Donald W. St. Denis – Florida Bar No. 0794864

Geoffrey R. Lutz – Florida Bar No. 0022737
ST. DENIS & DAVEY, P.A.
1300 Riverplace Boulevard, Suite 401
Jacksonville, FL  32207
Telephone:  (904) 396-1996
Fax: (904) 396-1991
Email: don@sdtriallaw.com
geoff@sdtriallaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Ryan M. Kelly