UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GORSS MOTELS, INC.,** a Connecticut corporation, individually and as the representative of a class of similarly situated persons,

    **Plaintiff,**

v.                                      Case No.: 3:17-cv-447-J-39PDB

**BES INDUSTRIES, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Voluntary Dismissal (Doc. No. 51; Stipulation) filed on February 21, 2019. In the Stipulation, the parties indicate their agreement to dismissal of this case without prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED without prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 25th day of February, 2019.

                                                  BRIAN J. DAVIS
                                                  United States District Judge

*Copies to:*

Counsel of Record

*ap*